# United States District Court

for

WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Trinity Duke Smith                           Case Number: A-14-CR-003(01)-LY

Name of Sentencing Judicial Officer: Honorable Sam Sparks, Senior U.S. District Judge

Date of Original Sentence: April 22, 2014

Original Offense: Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Original Sentence: One Hundred (100) months' custody to run consecutively to the sentence imposed in Docket No. A-08-CR-060(01)SS for a total of One Hundred Twenty-Four (124) months' custody in the Bureau of Prisons, followed by four (4) years of supervised release. Special conditions include: substance abuse treatment, mental health treatment, refrain from alcohol use and all other intoxicants, financial disclosure, and $100 special assessment fee (satisifed).

Type of Supervision: Supervised Release                        Date Supervision Commenced: December 11, 2020

Assistant U.S. Attorney: Mark H. Marshall                      Defense Attorney: Jose I. Gonzalez-Falla (AFPD)

---

### PREVIOUS COURT ACTION

On November 25, 2019, the defendant's sentence was reduced to 76 months' custody in the Bureau of Prisons.

On September 28, 2021, the case was re-assigned to the docket of U.S. District Judge Lee Yeakel.

### PETITIONING THE COURT

[ **X** ]  To issue a warrant              [    ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation of Mandatory Condition No. 1:** "The defendant shall not commit another federal, state, or local crime during the term of supervision."

**Nature of Non-compliance:** According to a criminal complaint filed on September 24, 2021, officers with the Cedar Park Police Department responded to a call for service at the Baylor Scott and White Clinic, reference a victim who had been physical assaulted. Officers made contact with the victim, Ashley Johnson who advised officers that her ex-boyfriend Trinity Smith had assaulted her by strangulation, applying pressure to her nose so that she could not breathe, also pulling dragging her by her hair and kicking and stomping her. She advised that she lost consciousness on more than one occasion. Smith left the residence and took a photograph of her vehicle license plate and advised if she reported this incident to anyone, he would kill her and her son. She reported the assault lasted approximately 2 hours.

Trinity Duke Smith
Petition for Warrant or Summons for
Offender Under Supervision
Page 2

On September 27, 2021, the defendant was arrested and taken into custody by the Cedar Park Police Department without incident for Aggravated Assault with a Deadly Weapon, under Case No. 21-1599-K277. As of this writing, the defendant remains in custody in the Williamson County Jail.

**U. S. Probation Officer Recommendation:** Due to the nature of the instant offense, and the risk the defendant poses to the victim, a warrant is requested so that this violation can be addressed by the Court to determine if the defendant's term of supervised release be revoked.

Approved by,                                                                    Respectfully submitted,

_____                         _____
Hector J. Garcia                                                                Miguel Rodriguez
Supervising U.S. Probation Officer                              U.S. Probation Officer
                                                                                        Date: October 1, 2021

Received by,

*Mark H. Marshall*
Mark H. Marshall
Assistant U.S. Attorney

[X] recommends    [ ] does not recommend    Justification: _____

## THE COURT ORDERS:

[ ] No Action

[X] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Other

_____
Honorable Susan Hightower
U.S. Magistrate Judge

Date  October 1, 2021